1

2

3

4

5

6

7

8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11

WILLIAM PATRICK GARCIA,                    No.  2:23-CV-2098-DC-DMC-P

12

Plaintiff,

13

v.                                          <u>ORDER</u>

14

D. DENBERG, et al.,

15

Defendants.

16

17

  Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18

42 U.S.C. § 1983.   Pending before the Court is Defendants' motion to opt-out of the Court's early

19

ADR program.  <u>See</u> ECF No. 27.  Good cause appearing therefor, Defendants' motion will be

20

granted, and the stay of proceedings imposed on October 24, 2024, will be lifted.  By separate

21

order, the Court will set a schedule for this litigation.

22

/ / /

23

/ / /

24

/ / /

25

/ / /

26

/ / /

27

/ / /

28

/ / /

1

1           Accordingly, IT IS HEREBY ORDERED as follows:

2           1.     Defendants' motion to opt-out of the Court's early ADR program, ECF No.

3   27, is granted.

4           2.     The stay of proceedings imposed on October 24, 2024, is lifted.

6   Dated:  December 4, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2